IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIQUEAS LEON, on behalf of himself and all other Plaintiffs similarly situated, known or unknown )<br><br>Plaintiff, )<br><br>v. )<br><br>MELROSE CAFE, INC., an Illinois corporation, d/b/a MELROSE RESTAURANT, and VASILIOS KOUTSOUGERAS, an individual, )<br><br>Defendants. ) | Case No. 15 C 4770<br><br>Hon. Manish S. Shah |

## ORDER

This cause comes to be heard on the Parties' Joint Motion for Approval of the Settlement Agreement between Plaintiff Miqueas Leon and Defendants Melrose Cafe, Inc. and Vasilios Koutsougeras. The Court having been fully, advised and the Court having read and considered the Settlement Agreement and General Release (the "Agreement"), NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has heard final arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Agreement is fair, reasonable and adequate;

2. The Court hereby approves the Agreement and the terms set forth therein as being fair, reasonable and adequate. The Agreement is the result of arm's length negotiations, and provides full relief to Miqueas Leon; and

3. Plaintiff Miqueas Leon's claims against Defendants are dismissed with prejudice with each party to bear their own fees and costs in accordance with the Settlement Agreement.

SO ORDERED.

Entered on 8/6/15　　　　　　　　　　　　By: /s/ Manish S. Shah
　　　　　　　　　　　　　　　　　　　　　　Hon. Manish S. Shah
　　　　　　　　　　　　　　　　　　　　　　District Court Judge

Prepared by:　　　　　　　　　　　　　　　Approved by:
Antonio Caldarone　　　　　　　　　　　　Timothy Nolan
Laner Muchin, Ltd.　　　　　　　　　　　　Nolan Law Office
515 North State Street, Suite 2800　　　　　53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60654　　　　　　　　　　Chicago, IL 60604
(312) 467-9800　　　　　　　　　　　　　(312) 322-1100
*Attorneys for Defendants*　　　　　　　　*Attorney for Plaintiff*